BENJAMIN YOUNG, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Young* v. *N. Y. C. & H. R. R. R. Co.*, 134 App. Div. 957, affirmed.
(Argued January 18, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 23, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff, through the negligence of defendant, his employer.

*Waldo W. Willard* and *Thomas F. Rogers* for appellant.

*Alexander D. Falck* and *John B. Stanchfield* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.